IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORRIN D. EDENFIELD,

      Petitioner,

v.                                                                    4:20cv231–WS/MAF

JEFF LONG, Warden, Sterling
Correctional Facility, and ASHLEY
MOODY, Attorney General for the State
of Florida, and PHILIP WEISER,
Attorney General for the State of
Colorado,

      Respondents.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's amended report and recommendation (ECF No. 14) docketed September 28, 2020. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as untimely. Petitioner has filed objections (ECF No. 15) to the magistrate judge's report and recommendation.

      Upon review of the record in light of Petitioner's objections, the court has

determined that the magistrate judge's amended report and recommendation is due to be adopted based on the untimeliness of Petitioner's petition for writ of habeas corpus. Accordingly, it is ORDERED:

    1. The magistrate judge's amended report and recommendation (ECF No. 14) is hereby ADOPTED and incorporated by reference into this order.

    2. Respondent's motion to dismiss (ECF No. 8) is GRANTED.

    3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED as untimely.

    4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED as to all Respondents."

    5. A certificate of appealability is DENIED.

    6. Leave to appeal in forma pauperis is DENIED.

    DONE AND ORDERED this ___13th___ day of ___October___, 2020.


        s/ William Stafford_____
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE